In re Phillips Petroleum Co.; Louisiana Moran, Inc.; Cockreil Foundation; Roark, Alf; Wright, W.F., Jr.; Miley, W.C.; Cock-reil, Virginia H., Found.; Jennings, Carol Cockreil, Trust; Cockreil, Ernest H., Trust; Heller, Theo M.; Heller, Edward M.; Heller, Mildred H., Succ.; McMillion, Elizabeth A.; Heller, Mark H.; Heller, Karen A.; Heller, Sally J.; Heller, Nancy A.; Heller, Ellen B.; Heller, Mildred E.; Heller, Barbara J.;— Defendant(s); applying for writ of certiorari and/or review; to the Court of Appeal, Fourth Circuit; No. 94CA-1393; Parish of Plaquemines, 25th Judicial District Court, Div. “A”, No. 29-542:
Denied.
CALOGERO, C.J., and DENNIS, J., would grant the writ.
JOHNSON, J., not on panel.